# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Vickie Manuel, as Guardian Ad Litem of Kayla Villanueva,<br><br>    Plaintiff,<br><br>v.<br><br>LUCKY 8 TV, LLC, A&E Television Networks, LLC, and ABC Corp.<br><br>    Defendants. | Case No. 1:24-cv-09653-AS |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Vickie Manuel, as Guardian Ad Litem of Kayla Villanueva, hereby gives notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted this 27th day of June, 2025.

    **C. A. Goldberg PLLC**
    *Attorneys for Plaintiff*

    By:
    */s/ Carrie Goldberg*

1

Carrie Goldberg, Esq.
New York Bar No.: 4542411
16 Court Street, 33rd Floor
Brooklyn, NY 11241
Phone: 646-666-8908
Email: carrie@cagoldberglaw.com

*/s/ Laura Hecht-Felella*
Laura Hecht-Felella, Esq.
New York Bar No.: 5420864
16 Court Street, 33rd Floor
Brooklyn, NY 11241
Phone: 646-666-8908
Email: laura@cagoldberglaw.com

*/s/ Michael T. Roth*
*/s/ L. Chris Stewart*
Michael T. Roth, Esq.
L. Chris Stewart, Esq.
Stewart Miller Simmons Trial Attorneys
One Overton Park
3625 Cumberland Blvd. C-100
Atlanta, GA 30339
Main: 404-LAW-FIRM
Direct: 404-328-7591
(*Pro hac vice to be filed*)

*/s/ Donovan D. Potter*
Donovan D. Potter, Sr. Esq.
NY Bar No.: 6160923
Potter Law, LLC
2675 Paces Ferry Rd SE
Suite 315
Atlanta, GA 30339
Office 404-510-4527
dpotter@potterlawllc.com
(*Pro hac vice to be filed*)

2