UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vickie Manuel, as Guardian of Kayla Villanueva,<br><br>                    Plaintiff,<br><br>       -against-<br><br>Lucky 8 TV, LLC et al.,<br><br>                    Defendants. | 24-CV-9653 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The letter to the Court at Dkt. 33 was signed by several attorneys who do not currently appear on the docket as counsel for any party. All attorneys involved in this case must file their appearance on the public docket and make any necessary *pro hac vice* applications by **July 30, 2025**.

    SO ORDERED.

Dated: July 28, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                        United States District Judge