UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vickie Manuel, as guardian of Kayla Villanueva,

                            Plaintiff,

Lucky 8 TV, LLC; A&E Television Networks, LLC; ABC Corp,

                            Defendants.

24-CV-9653 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiffs filed a motion to substitute plaintiff Vickie Manuel with Heather Rattelade. Dkt. 46. If defendants oppose the motion, they should file their response by **September 8, 2025** at **12:00 PM**.

      SO ORDERED.

Dated: September 2, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge