UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKIE MANUEL, as Guardian of Kayla Villanueva, <br><br> Plaintiff, <br><br> v. <br><br> LUCKY 8 TV, LLC, A&E Television Networks, LLC, and ABC Corp. <br><br> Defendants. | Case No.: 1:24-cv-09653-AS |

## NOTICE OF MOTION TO SUBSTITUTE PARTY

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 17, Heather Rattelade, in her capacity as court-appointed Guardian of the Estate of Kayla Villanueva, respectfully moves to substitute herself as Plaintiff in the above-captioned matter.

Dated: August 29, 2025

GRANTED as unopposed.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 46.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: September 11, 2025

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel: (305) 374-7580
Fax: (305) 351-2265

By: */s/ Scott N. Wagner*
Scott N. Wagner, Esq.
swagner@bilzin.com
Robert L. Raskopf
rraskopf@bilzin.com
eservice@bilzin.com

*Counsel for Heather Rattelade, in her capacity as court-appointed Guardian of the Estate of Kayla Villanueva*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: <i>/s/ Scott N. Wagner</i><br>Scott N. Wagner, Esq.