UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vickie Manuel, as guardian of Kayla Villanueva,<br><br>        Plaintiff,<br><br>   -against-<br><br>Lucky 8 TV, LLC et al.,<br><br>        Defendants. | 24-cv-9653 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court has reviewed the parties' proposed settlement and greatly appreciates the hard work that went into it. Local Rule 83.2(a) requires the Court to review settlements involving an "incompetent" party to ensure that any attorney fee is reasonable after due inquiry to best protect the interests of the "incompetent" party. Here, the Court has no issue with the reimbursement of costs and the amount incurred to represent the guardian in her individual capacity. However, the 40% contingency fee appears, at least facially, to be excessive given (1) the time and hours expended, and (2) the fact that this case was resolved without substantial litigation effort. The Court is mindful that plaintiff's counsel obtained a great result in this case. However, further justification is needed given the Local Rule and the fact that the real party in interest here is absent from the proceedings. Plaintiff and plaintiff's counsel should discuss whether the requested fee can be reduced to reflect the unique circumstances of this case. And whatever fee is requested, it should be backed up with a lodestar analysis and cases showing that the multiplier on any time spent on the case is within reasonable limits. The renewed application and proposed order should be submitted on or before **December 1, 2025**.

  SO ORDERED.

Dated: November 18, 2025
   New York, New York

                  ARUN SUBRAMANIAN
                  United States District Judge