**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| HEATHER RATTELADE, as Guardian of Kayla Villanueva, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-cv-09653-AS |
| | ) | |
| LUCKY 8 TV, LLC, A&E Television Networks, LLC, and ABC Corp. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS on April 15, 2025, the court dismissed this action with a right to reopen should a settlement not be consummated;

WHEREAS Plaintiff Heather Rattelade, in her capacity as the Guardian of the Estate of Kayla Villanueva, by and through her attorneys Bilzin Sumberg Baena Price & Axelrod, LLP ("Bilzin Sumberg") and Howard Stallings Law Firm ("Howard Stallings") (collectively with Bilzin Sumberg, "Counsel"), and Defendants Lucky 8 TV, LLC and A&E Television Networks, LLC have negotiated a settlement of this action;

AND upon the consideration of the Joint Motion to Approve Settlement, the Declaration of Heather L. Rattelade, the Declaration of Scott N. Wagner, and the exhibits thereto, as well as the supplementary materials submitted at Dkt. 65 and counsel's amended request for fees;

The Court, having reviewed the proposed Settlement Agreement finds as follows:

2

**IT IS HEREBY ORDERED** pursuant to Local Civil Rule 83.2(a), that the proposed settlement of this matter is **approved as described in Dkt. 65**, which describes a contingency fee of 35%. This includes the Settlement Agreement, the proposed attorneys' fees and costs to be paid to Plaintiff's Counsel, and the proposed distribution of the settlement payment. However, the attorneys' fees should not be shared in any way, directly or indirectly, with Ms. Rattelade.

Dated: December 1, 2025

**SO ORDERED**

Hon. Arun Subramanian
United States District Judge