UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Heather Rattelade, as Guardian of Kayla Villanueva,<br><br>                                    Plaintiff,<br><br>                    -against-<br><br>Lucky 8 TV, LLC et al.,<br><br>                                    Defendants. | 24-CV-9653 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court previously approved the settlement agreement at issue in this case. Dkt. 68. Before the Court are two pending motions to seal, Dkts. 56, 64. Recognizing the sensitive personal information in this case, the Court GRANTS both motions. Because the motion for settlement was granted as amended at Dkt. 68, Dkt. 57 is denied as moot.

The Clerk of Court is respectfully directed to terminate Dkts. 56, 57, and 64.

        SO ORDERED.

Dated: December 12, 2025
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge